Attachment A

FILED
DEC 30 2020
U.S. DISTRICT COURT-WVND
WHEELING, WV 26003

IN THE UNITED STATES DISTRICT COURT For The
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
Northern District of W.V.
WHEELING

Corey S. Reed
P.O. Box 6000
Glenville W.V 26351
_____,  )
(Full name under which you were convicted,  )
prison number, place of confinement, and    )
full mailing address)                        )
                                             )
          Petitioner,                        )
                                             )
   vs.  R. Hudgins and BOP                   )
        And U.S. Marshalls                   )
_____,  )
(Name of Warden or other authorized person   )
where you are incarcerated)                  )
                                             )
          Respondent.                        )
_____)

**Petition for Habeas Corpus**
**Pursuant to 28 U.S.C. § 2241**

Civil Action No. 5:20-CV-263
(to be assigned by Clerk)

Bailey/Mazzone/Blalock

RECEIVED
2020 DEC -7 PM 2:26
U.S. COURT OF APPEALS
FOURTH CIRCUIT

**Important notes to read before completing this form:**

★   Please read the entire petition **before** filling it out. Answer **only** those questions which pertain to your claim(s).

_____

1.   This petition concerns (check the appropriate box):

     ☒   a conviction
     ☒   a sentence
     ☐   jail or prison conditions
     ☐   prison disciplinary proceedings
     ☐   a parole problem
     ☐   other, state briefly: _____
     _____

Attachment A

_____
_____
_____

2. Are you represented by counsel?   ☐ Yes   ☒ No

   If you answered yes, list your counsel's name and address: _____
   _____
   _____

3. List the name and location of the court which imposed your sentence:
   *VA. Eastern District Norfolk VA.*
   _____

4. List the case number, if known: *Crim No. 2:19-CR-147*

5. List the nature of the offense for which the sentence was imposed:
   *Possession w/Intent Heroin 2 counts Total*
   *1. 21 USC § 841 (a)(1) Distribution of Heroin*
   *2. 21 USC § 841 (a)(1) Poss w/Intent to Dist. Heroin*

6. List the date each sentence was imposed and the terms of the sentence:
   *Jan 9 2020 imposed to the Sentencing Reform Act of 1984*
   _____

7. What was your plea to each count? (Check one)

   ☒  Guilty
   ☐  Not Guilty
   ☐  Nolo Contendere

**Attachment A**

8. If you were found guilty after a plea of not guilty, how was that finding made?

   ☐ A jury
   ☒ A Judge without a jury
   ☐ A Magistrate Judge without a jury

9. Did you appeal from the judgment of conviction or imposition of the sentence?

   ☐ Yes    ☒ No

10. If you did appeal, give the following information for each appeal:

    A. Name of Court: _____
    B. Result: _____
    C. Date of Result: _____
    D. Grounds raised (List each one): _____
    _____
    _____
    _____
    _____

    Note: if you filed an appeal in more than one court, attach an additional sheet of paper of the same size and give all of the information requested in Question 10, A through D.

11. Other than a direct appeal from the judgment of conviction and sentence, have you previously filed any petitions, applications, or motions with respect to this judgment in any court, state or federal? This is called a post-conviction pleading.

    ☐ Yes    ☒ No

    If your answer was yes, complete the following sections:

    A. First post-conviction proceeding:
       1. Name of Court: _____

**Attachment A**

       2. Nature of Proceeding: _____
       3. Grounds Raised: _____
       4. Did you receive an evidentiary hearing ?   ☐ Yes   ☐ No
       5. Result: _____
       6. Date of Result: _____

  B. Second post-conviction proceeding:
       1. Name of Court: _____
       2. Nature of Proceeding: _____
       3. Grounds Raised: _____
       4. Did you receive an evidentiary hearing ? ☐ Yes   ☐ No
       5. Result: _____
       6. Date of Result: _____

  C. Did you appeal to the result of the post conviction proceeding(s) to the highest court having jurisdiction?
       1. First proceeding:   ☐ Yes   ☐ No   Result: _____
       2. Second proceeding: ☐ Yes   ☐ No   Result: _____

  D. If you did not appeal the adverse result of the post-conviction proceeding(s), explain briefly why not: _____
_____
_____

12. For your information, the following is a list of the most frequently raised grounds for relief in applications for habeas corpus pursuant to 28 U.S.C. §2241. You may raise any grounds which you may have other than those listed. However, in this application, you should raise all available grounds on which you base your petition. **Do not check** any of these listed grounds. If you select one or more of these grounds for relief, you must allege facts. **The petition will be returned to you if you merely check one or more of the grounds:**

  A. U.S. Parole Commission unlawfully revoked my parole.
  B. Federal Bureau of Prisons unlawfully computed my sentence.

Attachment A

C. Federal Bureau of Prisons unlawfully denied me credit for time served in state or federal prison.
D. Federal Bureau of Prisons or State prison system unlawfully revoked my good time credits.
E. There is an unlawful detainer lodged against me.
F. I am a citizen and resident of a foreign country and I am in custody for an act which I had a right to commit under the laws of my country.
G. The act for which I was convicted is no longer considered to be a crime, and I cannot raise this issue in a §2254 petition or a §2255 motion.

**CAUTION: if you fail to set forth all of the grounds in this petition at this time, you may be barred from presenting additional grounds at a later date.**

State clearly every ground on which you are seeking relief. Summarize briefly the facts supporting each ground. If necessary, attach a total of five (5) typed or ten (10) neatly printed pages maximum for all grounds and all attachments.

A. Ground one: _New Case Law, No Jurisdiction to Issue Judgements Orders and Decrees in North Hampton County, Virginia. The District NEVER had "Jurisdiction" No Constitutional Authority._

Supporting facts: tell your story briefly without citing cases or law. You are cautioned that you must state facts, not conclusion, in support of your grounds. A "rule of thumb" to follow is this: who did exactly what to violate your rights at what time and place). _SEE NEXT 4 PAGES 10(A), 10(B), 10(C) AND ~~10(D)~~_

B. Ground two:

Attachment A

Mr Reed is still in Marshall custody and being Illegally held at FCI Gilmer.

Supporting facts:
Document 32 Filed 1/10/2020 Page 2 of 6 Case 2:19-CR-00147-RAJ-DEM. The Return is Not signed by the BOP.

Support Facts - Continued ground Two

C. ~~Ground three~~:
Clearly Judge Raymond A. Jackson extended his judicial powers to a geographical location where the District has NO Jurisdiction. Violation 5th 8th 9th 10th and 14th Amendments Fraud, Treason to the Constitution, Conspiracy Against Rights and Deprevation of Rights Under Color of Law. Plus any unlawful arrest is Assault and Battery.

Supporting facts:

D.   Ground four:

Attachment A

Supporting facts:

_____
_____
_____
_____
_____

13. Were all of the above grounds presented to another court, state or federal? If not, state which grounds were not presented. If yes, state the name of the court, date of decision, and the nature of the outcome:
    YES US Court of Appeals for the Fourth Circuit AFFIRMED October 15, 2020, October 16, 2020, October 21, 2020 and November 3, 2020 TRANSferring 3:20-CV-151, 3:20-CV-73, 3:20-CV-178 3:19-CV-143 To Appeals 20-7551, 20-7525, 20-7527 And 20-7634

14. If this petition concerns prison disciplinary proceedings, a parole problem, computation of sentence, or other case under 28 U.S.C. § 2241, answer the following questions:

    A. Did you present the facts in relation to your present petition in the prison's internal grievance procedure?

        ☐ Yes    ☒ No

    1. If your answer to "A" above was yes, what was the result:

    _____
    _____
    _____
    _____
    _____

Attachment A

2. If your answer to "A" above was no, explain:
   _The BoP has No Authority over the US Courts_

B. If you are a federal prisoner, did you present your claim to the Bureau of Prisons or other federal agency for administrative action?

☐ Yes ☒ No

1. If your answer to "B" above was yes, what was the result:

2. If your answer to "B" above was no, explain:
   _The Bop has No Authority over the US Courts_

15. Relief: State here, as briefly as possible, exactly what you want the court to do for you:

   1. Make **no** legal arguments.
   2. Cite **no** cases or statutes.

   1. Vacate or Dismiss Judgement Order Document 72 Filed 1/10/2020 Case No. 2:19-CR-00147-RAJ-DEM. Dismiss Both Counts 21 USC§84(a)(1) Dist of Heroin And 21 USC§ (a)(1) Poss w/Intent to Dist. Heroin

   2. Released from Custody of Bop or US Marshalls
   3. Punitive Damages $100 per day 18 months $54,000.00 Dollars

Attachment A

16. If a previous motion to vacate or modify a prisoner's sentence, pursuant to Section 2255, was not filed, or if such a motion was filed and denied, the reasons why Petitioner's remedy by way of Section 2255 is inadequate or ineffective to test the legality of the detention.

New Case Law and the District Court cannot issue Judgements, Orders and Decrees as you Ruled No Constitutional Authority See Pages 10(a) 10(b) 10(c) and 10(d)

Signed this __30__ day of __Nov__, __2020__.
      (day)        (month)       (year)

_Corey Reed_
Your Signature

_____
Signature of Attorney (if any)

I declare (or certify, verify, or state), under penalty of perjury, that the foregoing is true and correct.

Date of Signature: __Nov 30, 2020__    _Corey Reed_
                                                       Your Signature

Attachment D

IN THE UNITED STATES ~~DISTRICT COURT~~ For The
FOR THE ~~NORTHERN DISTRICT OF WEST VIRGINIA~~

Northern District of W.V.
Wheeling

Corey S. Reed
Po Box 6000 Glenville WV 26351
*Your full name*

v.                                              Civil Action No.: _____

R. Hudgins And BOP
And U.S. Marshalls

_____

_____

*Enter above the full name of respondent in this action*


## Certificate of Service

I, Corey S. Reed _____ (your name here), appearing *pro se*, hereby certify that I have served the foregoing Habeas Corpus _____ (title of document being sent) upon the respondent by depositing true copies of the same in the United States mail, postage prepaid, upon the following counsel of record for the respondent on Nov 30, 2020 ~~~~~~~~~~~~~~~~ (insert date here):

(List name and address of counsel for respondent)
R. Hudgins/BoP/US Marshalls
Po Box 5000
Glenville WV 26351

And Clerk of Court P.O. Box 471
Wheeling WV. 26003

~~~~~~~~ Corey Reed
(sign your name)

Corey Stephon Reed
#93728-083
FCI Gilmer
P.O. Box 6000
Glenville, WV 26351