# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
# Wheeling

**COREY S. REED,**

        Petitioner,

v.                                           **Civil Action No. 5:20-CV-263**
                                                         Judge Bailey

**R. HUDGINS, et al.,**

        Respondents.

## ORDER OF DISMISSAL

On December 30, 2020, the *pro se* petitioner, a federal inmate, initiated this case by filing a habeas petition pursuant to 28 U.S.C. § 2241 together with a Motion for Leave to Proceed *in forma pauperis*. *See* [Docs. 1 & 2]. Also on December 30, 2020, he filed a blank Prisoner Trust Fund Account Statement. [Doc. 3]. On January 11, 2021, he filed ledger sheets. [Doc. 6]. On January 26, 2021, an Order [Doc. 9] was entered denying the petitioner's Motion to Proceed *in forma pauperis* and requiring him to pay the $5 filing fee within 21 days of entry of the Order. The Order warned the petitioner in bold lettering that failure to pay the filing fee within the required time would result in this action being dismissed without prejudice. The Order was sent by certified mail, return receipt requested, and service was accepted on January 28, 2021.

Forty-two (42) days after the Order was entered, the petitioner has failed to file the required filing fee. Furthermore, he had not requested an extension of time to do so, nor otherwise explained the reasons for noncompliance. Accordingly, pursuant to Rule 41(b)

1

of the Federal Rules of Civil Procedure, this case is **DISMISSED** without prejudice for the failure to prosecute.

It is so **ORDERED**.

The Clerk is directed to transmit copies of this Order to the *pro se* petitioner by certified mail, return receipt requested, at his last known address as reflected on the docket sheet.

**DATED**: March 10, 2021.

**JOHN PRESTON BAILEY**
**UNITED STATES DISTRICT JUDGE**